THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMARI TAHIR, *et al.*, | CASE NO. C15-2017-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| MARGET DELANY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Third-Party Defendant Thomas F. Bangasser's unopposed motion to continue the status conference (Dkt. No. 76). The Court, finding good cause, GRANTS the motion. The status conference is continued and now set for April 25, 2017, at 9 am.

DATED this 3rd day of April 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk