THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMARI TAHIR, | CASE NO. C15-2017-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MARGARET DELANY, *et al.*, | |
| DefendantS. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff Omari Tahir is ORDERED to show cause why sanctions, including dismissal, should not issue for his failure to be present at today's status conference. Plaintiff is DIRECTED to file a response on or before May 5, 2017.

DATED this 25th day of April 2017.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk

MINUTE ORDER C15-2017-JCC
PAGE - 1