THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9    OMARI TAHIR,                             CASE NO. C15-2017-JCC

10                        Plaintiff,          MINUTE ORDER

11            v.

12    MARGARET DELANY, *et al.*,

13                        Defendants.

14

15        The following Minute Order is made by direction of the Court, the Honorable John C.

16   Coughenour, United States District Judge:

17        This matter comes before the Court on the motion to continue status conference by

18   MidTown Limited Partnership and Margaret Delaney (Dkt. No. 83). The motion is GRANTED.

19   The status conference is hereby CONTINUED to the next available date, Tuesday, May 23,

20   2017, at 9:00 a.m.

21        The Clerk is DIRECTED to send a copy of this order to Mr. Tahir. **The Court cautions**

22   **Mr. Tahir to be timely in appearing at the May 23 status conference and reminds Mr.**

23   **Tahir that there is a pending order to show cause as to his failure to appear at the status**

24   **conference held on April 25.** (*See* Dkt. No. 82.)

25        //

26        //

MINUTE ORDER, C15-2017-JCC
PAGE - 1

1    DATED this 3rd day of May 2017.

2                                              William M. McCool
                                               Clerk of Court
3

4                                              s/Paula McNabb
                                               Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26