UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMARI TAHIR, | CASE NO. C15-2017-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MARGARET DELANY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. After further consideration, the Court has decided to reset the status conference. The status conference will occur on June 20, 2017, at 9 a.m. However, the Court has serious doubts about the sufficiency of Plaintiff's Title VI claim, which confers this Court jurisdiction. That question would be more properly resolved on a motion for summary judgment.

Further, the Court DENIES Plaintiff's motions for sanctions. (Dkt. Nos. 80, 89.) All of his requests are in relation to his pending unlawful detainer action in state court. This federal court lacks jurisdiction over those allegations and requests.

//

//

1   DATED this 23rd day of May 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER C15-2017-JCC
PAGE - 2